IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVETTE TANNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00766-MLB-RGV |
| ) | |
| FERGUSON ENTERPRISES, LLC D/B/A ) | |
| MILLENNIUM LIGHTING, INC. AND ) | |
| VIDHWAN INC. DBA E-SOLUTIONS ) | |
| ) | |
| Defendants. | |

**FERGUSON ENTERPRISES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Ferguson Enterprises, LLC; Ferguson Holdings, Inc.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

N/A

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Elizabeth P. Redpath and Bret G. Daniel, McGuireWoods LLP, 1230 Peachtree St. N.E., Suite 2100, Atlanta, GA 30309

Respectfully submitted this 21st day of April, 2023.

/s/ *Elizabeth P. Redpath*
Elizabeth P. Redpath
(Ga. Bar No. 979358)
MCGUIREWOODS LLP
Suite 2100
1230 Peachtree St., N.E.
Atlanta, GA 30309-3534
Telephone: (404) 443-5500
Facsimile: (404) 443-5599
eredpath@mcguirewoods.com

Bret G. Daniel (pro hac pending)
MCGUIREWOODS LLP
800 E. Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
bdaniel@mcguirewoods.com

**Counsel for Ferguson Enterprises LLC**

## **L.R. 7.1(D) CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local Rule 5.1(C). The foregoing was prepared on a computer, using Times New Roman 14-point font.

*/s/ Elizabeth P. Redpath*
Elizabeth P. Redpath

**Counsel for Ferguson Enterprises LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of this filing to counsel of record.

*/s/ Elizabeth P. Redpath*
Elizabeth P. Redpath

***Counsel for Ferguson Enterprises LLC***